

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| RICKY SAM SISNEROS,<br><br>　　　　Petitioner,<br><br>　　　v.<br><br>M.D. BITER, WARDEN,<br><br>　　　　Respondent. | Case No. CV 12-0756-PA (MLG)<br><br>JUDGMENT |

IT IS ADJUDGED that the motion is denied and this action is dismissed without prejudice.

Dated: February 6, 2012

_____
Percy Anderson
United States District Judge